IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:06-10-2 |
| ) | |
| STACIE JO BOBINETS, ) | JUDGE KIM R. GIBSON |
| a/k/a "B-Nets," ) | |
| Defendant. ) | |

## MEMORANDUM OPINION & TENTATIVE FINDINGS AND RULINGS

**AND NOW**, this 15th day of March, 2007, the Probation Office having conducted a presentence investigation and submitted a Presentence Investigation Report (hereinafter "PIR"); the United States having filed its position paper as required by Local Criminal Rule 32.1(D) indicating that it has no objections to the PIR; Defendant having filed no position paper with regard to sentencing factors but having indicated that she has no objections to either the factual content or guideline calculation contained in the PIR; and the Probation Office having submitted an addendum to the PIR pursuant to Local Criminal Rule 32.1(F), the Court makes the following tentative findings and rulings:

1) On December 6, 2006, Stacie Jo Bobinets, a/k/a "B-Nets," (hereinafter "Defendant"), appeared before this Court and plead guilty to Count 1 of the indictment at Criminal Number 06-10-6-J, charging her with conspiracy to distribute and possess with intent to distribute five hundred grams or more of cocaine and five grams or more of cocaine base, Schedule II substances, from in or around July 2004 to on or about May 13, 2005, in violation of Title 21 United States Code, Section 846;

2) Defendant also plead guilty to Count 6 of the indictment at Criminal Number 06-10-6-J, charging her with distribution of less than five grams of cocaine base, a Schedule II controlled substance, on or about May 12, 2005, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2;

3) On February 13, 2007, the United States Probation Office filed a Presentence Investigation Report in this matter. On February 27, 2007, the United States filed its

1

position indicating that it had no objections to the PIR. Defense counsel did not file a response to the PIR;

4) On March 8, 2007, the Probation Office prepared an addendum to the PIR indicating that Defendant stated at a Local Rule 32 Conference that she had no objections to the factual content or guideline calculations contained in the PIR;

5) Accordingly, the Court tentatively adopts the PIR in its entirety.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Cc: John Valkovci, AUSA
John M. Kasaback
Warren S. Johnston, USPO